No. 863. MESSINA, ADMINISTRATRIX, v. CLARK EQUIP-MENT Co. C. A. 2d Cir. Certiorari denied. *Julian Buchbinder* for petitioner. *John P. Smith* for respondent.

No. 864. PANNELL v. THE AMERICAN FLYER ETC. C. A. 2d Cir. Certiorari denied. *Arthur O. Louis, David L. Maloof* and *Joseph T. McGowan* for petitioner. *L. de Grove Potter* for respondent.

No. 853. UNITED MINE WORKERS OF AMERICA v. MEADOW CREEK COAL CO., INC. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *R. R. Kramer, E. H. Rayson, Willard P. Owens* and *M. E. Boiarsky* for petitioner. *Lewis S. Pope* for respondent.

No. 482, Misc. LEACH v. OVERHOLSER, SUPERINTEND-ENT, ST. ELIZABETHS HOSPITAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General White* and *Harold H. Greene* for respondent.

No. 583, Misc. TANNER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Grenville Beardsley,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 662, Misc. FULLEN v. WYOMING. Supreme Court of Wyoming. Certiorari denied. Petitioner *pro se. W. M. Haight,* Assistant Attorney General of Wyoming, for respondent.